IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LARRY D. HAMPTON | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 4:11CV00853   SWW |
| | * | |
| La QUINTA INN | * | |
| | * | |
| | * | |

## ORDER

Pursuant to the parties' stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 14TH DAY OF FEBRUARY, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE