**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY D. HAMPTON                    *
                                    *
                    Plaintiff       *
                                    *
V.                                  *          NO: 4:11CV00853   SWW
                                    *
La QUINTA INN                       *
                                    *
                                    *

## ORDER

Pursuant to the parties' stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 14TH DAY OF FEBRUARY,  2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE